[No. 45485-8-II.   Division Two.   February 10, 2015.]

JESSICA MAE MATHESON, *Appellant*, v. THE DEPARTMENT OF REVENUE, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-2-01700-7, Gary R. Tabor, J., entered September 27, 2013. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Worswick and Melnick, JJ.

[No. 45667-2-II.   Division Two.   February 10, 2015.]

JERRY MULDER ET AL., *Respondents*, v. CABINET DISTRIBUTORS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-2-00254-0, Gordon Godfrey, J., entered September 4, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Johanson, C.J., and Maxa, J.

[No. 32169-0-III.   Division Three.   February 10, 2015.]

*In the Matter of the Adoption of* G.-C.

Appeal from a judgment of the Superior Court for Yakima County, No. 13-5-00354-6, Blaine G. Gibson, J., entered December 9, 2013. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 31439-1-III.   Division Three.   February 12, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ABRAHAM LOPEZ TORRES, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 11-1-00464-6, Evan E. Sperline, J., entered January 8, 2013. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Korsmo and Fearing, JJ.